**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Andrea C Stephens

                Debtor

_____/

Chapter: 13
Case Number: 25-46160
Judge: Mark A. Randon

### OBJECTION TO MICHIGAN DEPARTMENT OF TREASURY (PACER NO. 19-1)

NOW COMES, Debtor Andrea C Stephens, by and through their attorney, Fairmax Law PLLC, in support of their objection to the Michigan Department of Treasury Proof of Claim filed on October 27, 2025, states as follows:

1. Debtor filed for Chapter 13 relief on June 17, 2025.
2. Creditor, Michigan Department of Treasury, on October 27, 2025, filed a proof of claim No. 19-1 – a claim asserting priority amounts owed for tax years 2021 and 2022 based on unfiled returns.
3. Debtor is disputing that they owe the amounts being claimed because said tax returns have now been filed establishing the actual tax liability for those years.

    WHEREFORE, Debtor respectfully requests that this Honorable court sustain their Objection to the Proof of Claim filed by Michigan Department of Treasury.

Respectfully Submitted,

**FAIRMAX LAW PLLC**

/s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
25639 Ford Rd
Suite 201
Dearborn Heights, MI 48127
(888) 324-7629
david@fairmaxlaw.com

Dated: April 4, 2026

**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Andrea C Stephens

Chapter: 13
Case Number: 25-46160

Debtor

Judge: Mark A. Randon

_____/

**(Proposed)**
**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 19-1 FILED BY MICHIGAN DEPARTMENT OF TREASURY**

This matter having come before the Court by way of objection of the Chapter 13 Debtor to the allowance of above-referenced claim and service having been made with a notice of hearing allowing a thirty-three (33) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that Claim No. 19-1 is allowed in the amount of the actual tax liabilities as reflected in the filed 2021 and 2022 returns and disallowed to the extent it exceeds those amounts.

**IT IS FUTHER ORDERED** that the Chapter 13 Trustee is not required to recoup any funds already paid to the Creditor.

**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Andrea C Stephens

Chapter: 13
Case Number: 25-46160

Debtor

Judge: Mark A. Randon

_____/

### NOTICE OF OBJECTION TO PROOF OF CLAIM

The Debtor in the above captioned matter has filed an objection to your claim in this Bankruptcy Case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with you attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before May 6, 2026, you or your lawyer must:

1.      File with the court a written response to the objection, explaining your position, at:

> U.S. Bankruptcy Court-Court Clerk 211
> W. Fort Street
> Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

1. Fairmax Law PLLC, Attn: David Ienna, 22161 Outer Dr, Dearborn, MI 48124

2. Krispen S. Carroll, Chapter 13 Trustee, 26999 Central Park Blvd, Ste 125 Southfield, MI 48076

3. Attend the hearing on the objection, scheduled to be held on May 13, 2026, at 9:00 AM on the 18th floor, Room 1825 at 211 West Fort St, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order maybe issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Respectfully Submitted,

**FAIRMAX LAW PLLC**

/s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
25639 Ford Rd
Suite 201
Dearborn Heights, MI 48127
(888) 324-7629
david@fairmaxlaw.com

Dated: April 4, 2026

*In re:*
Andrea C Stephens

Chapter: 13
Case Number: 25-46160

Debtor

Judge: Mark A. Randon

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2026, a copy of **the Objection to Michigan Department of Treasury (Pacer Claim No. 19-1)**, proposed order, notice to respondent, and this certificate of service was served electronically or by regular United States mail to the following:

**Michigan Department of Treasury**
Bankruptcy Unit, P.O. Box 30168
Lansing, MI 48909

**Michigan Department of Attorney General**
Collections Division
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202

Respectfully Submitted,

**FAIRMAX LAW PLLC**

/s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
25639 Ford Rd
Suite 201
Dearborn Heights, MI 48127
(888) 324-7629
david@fairmaxlaw.com

Dated: April 4, 2026